

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00369-CV

**IN THE INTEREST OF N.N.M., A CHILD,**

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 17-01-13061-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

# O R D E R

Appellee's Motion for Leave to Exceed Word Limit on Brief of Appellee is GRANTED.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court